UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

NAJLA ABU JABER, individually,

    Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES LTD.,
CORP., a foreign corporation,                  **JURY DEMAND**

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1. Plaintiff NAJLA ABU JABER alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), against Defendant PHILLIPS & COHEN ASSOCIATES LTD., CORP.  Plaintiff alleges that Defendant incessantly and unlawfully called Plaintiff's cellular telephone using an automatic telephone dialing system (i.e. "auto-dialer") and pre-recorded or artificial voice messages.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 *et seq.*, as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the telephone calls forming the basis of this action were placed by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5. Plaintiff NAJLA ABU JABER is a natural person and a resident of the State of Florida, residing in Broward County, Florida. Said Plaintiff is the cellular account holder-owner and has dominion over the cellular telephone that Defendant was calling.

6. Defendant PHILLIPS & COHEN ASSOCIATES LTD., CORP. ("Phillips & Cohen") is a New Jersey corporation and a debt collector that uses, among other things, an automated telephone dialing system to engage in debt collection and operates from offices located at 695 Rancocas Road, Westampton, NJ 08060.

7. Defendant Phillips & Cohen regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant Phillips & Cohen regularly collects or attempts to collect consumer debts for other persons.

9. Defendant Phillips & Cohen is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

10. In 2013, the Plaintiff began receiving automated telephone calls on her cellular telephone from Defendant Phillips & Cohen.

11. Upon answering any of these calls, the Plaintiff was greeted by a noticeable period of "dead air" while the caller's telephone system attempted to connect the Plaintiff to a live operator.

12. When the Plaintiff answered any of these calls and was connected to a live operator, or returned the call, the operator advised that the call was made on behalf of Phillips & Cohen in an attempt to collect a debt.

13. On or about July 3, 2013, the Defendant left the following voicemail on the Plaintiff's cellular telephone:

> This message is intended for Najla Abu Jaber. Najla, my name is Chris Garcia. If I could please get a return phone call to my office, it is important that we speak. I can be reached here toll free at 866-321-2195, extension 4133. When you return the call, provide your reference number. Its [REDACTED]. Thank you.

14. This message failed to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11) of the FDCPA, and failed to disclose the identity of the caller as required by 15 U.S.C. § 1692d(6).

15. Defendant's method of contacting Plaintiff is indicative of its ability to dial numbers without any human intervention in the calling process, which the FCC has opined is the hallmark of an automatic telephone dialing system. See In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 2008, 23 F.C.C.R. 559, 565-66 (2008), In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991, 18 F.C.C.R. 14014, 14091-92 (2003).

16. In sum, Defendant has made numerous telephone calls to Plaintiff's cellular telephone, each of which was made using either an automatic telephone dialing system or an artificial or pre-recorded voice.

17. Defendant made the aforementioned telephone calls knowing that they were using an automatic telephone dialing system or an artificial or prerecorded voice to call a cellular

telephone, and further knew that such calls were in violation of the TCPA, and consequently, these violations were willful and knowing.

## COUNT I
## VIOLATIONS OF TELEPHONE CONSUMER PROTECTION ACT

18. Plaintiff incorporates paragraphs 1 through 17 herein.

19. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by placing telephone calls to Plaintiff's cellular telephone, which were initiated by an automatic telephone dialing system or made using an artificial or prerecorded voice, and not legally permissible under any provision to the aforementioned statute.

WHEREFORE, Plaintiff NAJLA ABU JABER requests that the Court enter judgment in favor of Plaintiff and against Defendant PHILLIPS & COHEN ASSOCIATES LTD., CORP. for:

   a. $500 dollars in statutory damages for each violation of the TCPA over the last four years;

   b. $1,500 dollars in statutory damages for each knowing or willful violation of the TCPA over the last four years;

   c. a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using either an automatic telephone dialing system or an artificial or prerecorded voice;

   e. litigation expenses and costs of the instant suit; and

   f. such other or further relief as the Court deems proper.

## COUNT II
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff incorporates paragraphs 1 through 17 herein.

21. Defendant violated the FDCPA by failing to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11). See <u>Foti v. NCO Financial Systems, Inc.</u>, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

22. Defendant violated the FDCPA by failing to disclose the identity of the caller as required by 15 U.S.C. § 1692d(6).

WHEREFORE, Plaintiff NAJLA ABU JABER requests that the Court enter judgment in favor of Plaintiff and against Defendant PHILLIPS & COHEN ASSOCIATES LTD., CORP. for:

   a. actual damages;

   b. statutory damages of $1,000.00;

   c. attorney's fees, litigation expenses, and costs of the instant suit, and;

   d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 8th day of July, 2013.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
1001 N. Federal Hwy., Ste 106
Hallandale Beach, Florida 33009
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /S/ Bret L. Lusskin, Esq.
    Bret L. Lusskin, Esq.
    Florida Bar No. 28069