UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NAJLA ABU JABER, individually,

    Plaintiff                                       CASE NO.:  0:13-cv-61467

v.

PHILLIPS & COHEN ASSOCIATES, LTD.,
CORP., a foreign corporation,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Phillips & Cohen Associates, Ltd. ("PCA"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                Respectfully Submitted,

                                                /s/ Kenneth C. Grace
                                                Kenneth C. Grace, Esq.
                                                Florida Bar No.: 0658464
                                                Sessions, Fishman, Nathan & Israel, L.L.C.
                                                3350 Buschwood Park Drive, Suite 195
                                                Tampa, FL 33618
                                                Telephone:    (813) 890-2465
                                                Facsimile:     (866) 466-3140
                                                kgrace@sessions-law.biz

                                                *Counsel for Defendant,*
                                                *Phillips & Cohen Associates, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2013 a copy of the foregoing document was filed and served via ECF sending a copy to all counsel of record, including:

Bret L. Lusskin, Esq.
1001 N. Federal Highway, Ste. 106
Hallandale Beach, FL 33009
blusskin@lusskinlaw.com


/s/ Kenneth C. Grace
Attorney