```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 13-61467-CIV-ZLOCH
```

NAJLA ABU JABER,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

PHILLIPS & COHEN ASSOCIATES LTD.,

    Defendant.

_____/

THIS MATTER is before the Court upon the Stipulation For Dismissal With Prejudice (DE 14) filed herein by all Parties. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice (DE 14) filed herein by all Parties be and the same is approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot;

4. The Court retains jurisdiction solely for the purpose of enforcing the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   22nd    day of October, 2013.

                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

All Counsel of Record